**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:  David Keith Franklin<br>Queen Victoria Franklin<br><br>Debtor(s) | Case No.: 13-34518-KLP<br><br>Chapter 13 |

**ORDER APPROVING SALE OF REAL PROPERTY**

This matter came to be heard upon the Motion by the Debtors approving the sale of real property, and it appearing to the Court that the Debtors have the opportunity to sell real property located at 2319 Dundas Road, Dundas, VA 23944 for the amount of $185,000.00 to Lawrence C. Way and Theresa A. Peterson. The sale proceeds will be sufficient to satisfy all liens of record on this property and all associated closing costs, including but not limited to prorated real estate taxes and utilities. The Debtors intend to remain in their current Chapter 13 bankruptcy and continue making regular monthly payments to the Chapter 13 Trustee.

The Court further determining that it would be in the best interest of the creditors and parties in interest in this case to allow this sale to take place, and for these reasons and other good cause shown, it is hereby

ORDERED that the Debtors are approved to sell real property located at 2319 Dundas Road, Dundas, VA 23944, and more particularly described as

Parcel 1: All that certain tract or parcel of land lying, being and situate in Brown's Store Magisterial District, Lunenburg County, Virginia, on the waters of Cedar Creek, containing 50 acres, more or less, and further bounded and described as follows: On the Northeast by 169-1/2 acres, more or less owned by William A. Hawthorne and Mary H. Hawthorne; on the East by a 60.93 acres parcel owned by W. Jeffrey Parrish, II and Elizabeth W. Parrish, husband and wife, on the West by a 38.5 acres, more or less, parcel now or formerly owned by Charlie A. Cordle and Vivian D. Cordle, his wife; on the Northwest by a parcel now or formerly owned by Dennis B. Morgan; and on the South By Virginia State Route No. 137.

EXCEPTING THEREFROM, that certain parcel of land containing 14.90 acres conveyed to Alpod by deed from David K. Franklin and Victoria Franklin dated October 9, 2006, of record in the Clerk's Office of the Circuit Court of Lunenburg County, Virginia, in Deed Book 320, page 770.

FURTHER EXCEPTING THEREFROM, that certain parcel of land containing 10.00 acres conveyed

to Tara S. Hite by deed from David Keith Franklin and Queen Victoria Franklin dated March 19, 2007, of record in the Clerk's Office aforesaid in Deed Book 324, page 762.

Being the same property conveyed to David K. Franklin and Queen V. Bateman, as joint tenants, by deed from Nathaniel Harvey Jeter dated April 15, 1996, of record in the Clerk's Office of the Circuit Court of Lunenburg County, Virginia in Deed Book 228, page 520; the said Queen V. Bateman having since become Victoria Franklin.

Parcel 2: All that certain tract or parcel of land lying and being in Lochleven Magisterial District, Lunenburg County, Virginia containing 2.68 acres and designated as Parcel 3 as shown on a plat made by Ben M. Evans, Jr., Land Surveyor, dated March 2, 2007, of record in the Clerk's Office of the Circuit Court of Lunenburg County, Virginia in Plat Cabinet 4, folder 90.

Being the same property conveyed David K. Franklin and Queen V. Franklin by deed from Eddie M. Franklin dated August 16, 2007, of record in the Clerk's Office aforesaid in Deed Book 329, page 152.

FURTHER ORDERED that prior to the actual closing of this transaction, the settlement agent shall forward to counsel for the debtor and the Chapter 13 trustee a proposed HUD-1 for review. It shall be the responsibility of counsel for the debtors to review these documents to assure that the terms of this Order and the payment of the proper amount to the Chapter 13 are provided for, and it is

FURTHER ORDERED that immediately after the closing the settlement agent shall provide a fully executed copy of the settlement statement and/or HUD-1 to counsel for the debtor and the Chapter 13 Trustee, and it is

FURTHER ORDERED that the provisions of Federal Rule of Bankruptcy Procedure 6004(g) shall be waived and that this Order shall not be stayed for 14 days after

the entry of the Order but shall be effective and enforceable immediately upon entry of this Order.

I ask for this:

/s/ Robert B. Duke Jr.
Robert B. Duke Jr.
Counsel for Debtor(s)

Seen and approved:

/s/ Robert E. Hyman
Robert E. Hyman
Chapter 13 Trustee

Entered: Jun 18 2014

Dated:  Jun 17 2014

/s/ Keith L. Phillips
U.S. Bankruptcy Judge

LOCAL RULE 9022-1 (C) CERTIFICATION

    COMES NOW the Debtors, by and through counsel, and pursuant to Local Rule 9022-1(C)(1) advises this honorable Court that the foregoing Order has been endorsed by all the necessary parties.

/s/ Robert B. Duke Jr.
Robert B. Duke Jr.

PARTIES TO RECEIVE COPIES:

Access Realty LLC
401 Church Road
Blackstone, VA 23824

Amelia Title and Settlement LLC
P.O. Box 316
Amelia, VA 23116

Benchmark Community Bank
Attn: Renee M. Dolan
Po Box 569

Kenbridge, VA 23944

David and Queen Franklin
2319 Dundas Rd.
Dundas, VA 23944

Robert E. Hyman, Trustee
P.O. Box 1780
Richmond, VA 23218-1780